John F. Monnot and Others, by Louise R. Monnot, Their Guardian, Respondents, v. Joseph Husson, Appellant.— Motion denied, without costs.    Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Isabella Neale, Appellant, v. John Walter, Respondent.— Motion denied, with ten dollars costs.    Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Isaac Regierer, Respondent, v. Moorehead Realty and Construction Company, Appellant.— Motion granted, without costs, so far as it remits the return to the Municipal Court.    The motion to resettle has to be made before the Municipal Court justice.    Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Christopher Schreiber and Another, Appellants, v. The Long Island Railroad Company, Respondent.— Motion denied, with ten dollars costs.    Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Anna Amelia Stevhens, Respondent, v. Adam Kisielewski and Others, Appellants.— When the court took this case under consideration it had the brief of the counsel for the appellants before it.    Motion denied, without costs.    Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Town of Pelham, Respondent, v. John M. Shinn, Appellant.— Motion granted, without costs.    Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Harold A. Andrewes, Appellant, v. Stowe & Woodward Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Gerson Bieber, Appellant, v. Lewis Goldberg, Respondent, Impleaded with Others.— Order of the County Court of Kings county reversed on argument, without costs.    Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Louis Cohen, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— We think that the verdict in this case was justified by the evidence; that instead of being against the weight of evidence it was supported by a preponderance of the evidence.    Therefore, the order appealed from is reversed and the verdict of the jury is reinstated, with costs.    Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Husted Realty Company, Respondent, v. The City of New York and Others, Appellants.— Judgment affirmed, with costs.    No opinion. ˙ Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Celia Jacobson, Respondent, v. Abraham A. Hoffman, Appellant.— Judgment of the Municipal Court affirmed, with costs.    No opinion.    Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred. ˈ

Marshall Y. Miller, Respondent, v. Robert Richterich and William C. Wilson, Appellants.— Judgment reversed on argument and new trial granted, costs to abide the event.    Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Samuel Mitchell, Appellant, v. William Smith, Respondent.— Judgment affirmed, with costs.    No opinion.    Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.